UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-15-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR127-SRU |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) and 924(a)(2) |
| | : | (Unlawful Possession of a Firearm by a Convicted Felon) |
| ANTRUM COSTON | : | |

FILED
2016 JUL 6 PM 2:31
U.S. DISTRICT COURT
NEW HAVEN CT

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1.  On or about January 11, 2016, in the District of Connecticut, defendant ANTRUM COSTON, having been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: (1) forgery in the first degree, in violation of Connecticut General Statutes § 53a-138, on or about January 22, 2001; (2) criminal trover in the first degree, in violation of Connecticut General Statutes § 53a-126a, on or about January 22, 2001; (3) larceny in the second degree, in violation of Connecticut General Statutes § 53a-123, on or about January 22, 2001; (4) possession with intent to sell a controlled substance, in violation of Connecticut General Statutes § 21a-278(b), on or about July 29, 2009; and (5) possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), on or about March 17, 2004, did knowingly possess a firearm in and affecting commerce, namely, a Jimenez Arms 9 millimeter pistol bearing serial number 052404, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## FORFEITURE ALLEGATION
(Firearm Offense)

2. Upon conviction of the offense alleged in Count One of this Indictment, defendant ANTRUM COSTON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense, namely one Jimenez Arms 9 millimeter pistol bearing serial number 052404 and 13 rounds of 9 millimeter ammunition, all of which were seized on or about January 11, 2016.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY